Christopher John RUDY,
Plaintiff–Appellant,

v.

Michelle K. LEE, Deputy Director, United States Patent and Trademark Office, Deputy Undersecretary of Commerce for Intellectual Property, and Barack Obama, in capacity as President of the United States or under color of the Office of President and individually, Defendants–Appellees.

No. 2014–1056.

United States Court of Appeals,
Federal Circuit.

April 11, 2014.

Christopher John Rudy, of Port Huron, MI, pro se.

Kimere J. Kimball, Special Assistant, United States Attorney, of Alexandria, VA, for Defendants-appellees. With her on the Brief were Dana J. Boente, Acting United States Attorney, and Benjamin T. Hickman, Special Assistant, United States Attorney. Of Counsel on the Brief were Monica B. Lateef and Coke Morgan Stewart, Associate Solicitors. Of Counsel was Nathan K. Kelley, Solicitor.

LOURIE, CLEVENGER, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.